FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 3 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01848-BNB

JOE M. TONEY,

    Plaintiff,

v.

BLAKE R. DAVIS, et al.,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff, Joe M. Toney, is a prisoner in the custody of the Federal Bureau of Prisons (BOP) who currently is incarcerated at the United States Penitentiary Administrative Maximum in Florence, Colorado. He initiated this action by filing a Motion for a Temporary Restraining Order, Declaration, and a Brief in Support of Motion for a Temporary Restraining Order with the Court on July 15, 2011.

In an order filed on July 29, 2011, Magistrate Judge Boyd N. Boland ordered Mr. Toney to cure certain enumerated deficiencies in this case within thirty days. Specifically, Mr. Toney was directed to submit a Prisoner Complaint on the Court-approved form. Mr. Toney was also directed to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the Court-approved form and a certified copy of his prisoner's trust fund statement for the 6-month period immediately preceding the filing. He was informed that the § 1915 motion and affidavit was only necessary if the $350.00 filing fee was not paid in advance. The July 29 order warned

Mr. Toney that if he failed to cure the designated deficiencies within the time allowed, the action would be dismissed without further notice.

Mr. Toney has not communicated with the Court since July 15, 2011. He has now failed to file a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 as directed by the July 29 Order. Therefore, Mr. Toney has failed within the time allowed to cure the designated deficiencies. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Joe M. Toney, to comply with the order to cure dated July 29, 2011. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this 13th day of September, 2011.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK
Senior Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01848-BNB

Joe M. Toney, Jr.
Reg. No. 26828-034
ADX - Florence
PO Box 8500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on September 13, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk